UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          NO. CIV. S-05-647 LKK/PAN

    Plaintiff,

  v.                                  O R D E R

NORTH RIM ASSOCIATES, et al.,

    Defendants.

_____/

    Pursuant to court order, the above-captioned case is set for a Status Conference on June 13, 2005. Neither party has filed status reports as required by this court's Order Setting Status Conference. On June 7, 2005, plaintiff and defendants filed a stipulation to extend time to respond to the complaint. Although Local Rule 6-142 provides that the parties may stipulate to an initial extension of the responsive deadline, the stipulation did not effect a continuance of this court's Status Conference nor relieve the parties of their obligation to file status reports ten days prior to the conference.

1

1        Accordingly, the court hereby ORDERS that:

2        1.  The Status Conference now set for June 13, 2005 is
3   CONTINUED to August 8, 2005 at 11:30 a.m.;

4        2.  All counsel shall SHOW CAUSE why sanctions in the amount
5   of One Hundred and Fifty Dollars ($150.00) should not issue for
6   their failure to timely file status reports; and

7        3.  All parties shall file status reports not later than ten
8   (10) days preceding the continued Status Conference date.

9        IT IS SO ORDERED.

10       DATED:  June 9, 2005.

11                                  /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
12                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2