UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          NO. CIV. S-05-647 LKK/PAN

    Plaintiff,

 v.                                    O R D E R

NORTH RIM ASSOCIATES, et al.,

    Defendants.

                          /

    On June 21, 2005, this court issued an order to counsel for both parties to show cause why sanctions should not issue for failure to file timely status reports in advance of the June 13, 2005 Status Conference. The court is in receipt of the counsels' responses.

    No good cause being shown, counsel for plaintiff and defendants are sanctioned in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order. Counsel shall file an affidavit accompanying the

1

1 payment of this sanction which states that it is paid personally
2 by counsel, out of personal funds, and is not and will not be
3 billed, directly or indirectly, to the client or in any way made
4 the responsibility of the client as attorneys' fees or costs.
5     IT IS SO ORDERED.
6     DATED:  August 5, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT