SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 485-3516

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>North Rim Associates., et al<br><br><br><br><br><br><br><br><br>　　　　Defendants. | Case No.: CIV.S 05-cv-00647-LKK-PAN<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br><br><br>Complaint Filed: April 4, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

Dated: October 4, 2005

/s/Kathleen E. Finnerty By: SNJ_____
Kathleen E Finnerty
Livingston & Mattesich Law Corporation
Attorneys for Defendant
North Rim Associates

Dated: October 4, 2005

/s/Marc B. Koenigsberg By: SNJ_____
Marc B. Koenigsberg
Livingston & Mattesich law Corporation
Attorneys for Defendant
North Rim Associates

Dated: October 4, 2005

/s/Scott N. Johnson_____
SCOTT N. JOHNSON, Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: October 7, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge